| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
§
*versus* § CASE NO. 1:19-CR-144
§
§
ANTHONY SAFFORD KING §

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending is the Defendant's *Pro Se Motion to Amend Judgment to Correct Clerical Error Pursuant to Rule of Criminal Procedure 36* (Dkt. #43), which was referred to Magistrate Judge Zack Hawthorn for consideration pursuant to Title 21 U.S.C. § 636(b)(1)(A) and (3) and the Local Rules of The United States District Court for the Eastern District of Texas. Judge Hawthorn construed the request as a *Pro Se Motion for Judgment Nunc Pro Tunc* and issued a report recommending denying Defendant's motion (Dkt. #46). Neither party objected to the report and the time for doing so has passed.

The court conducted a *de novo* review pursuant to FED. R. CIV. P. 72(b)(3) and 28 U.S.C. § 636(b)(1)(C) of the pending motion, response, record, and the applicable law. The court finds that Judge Hawthorn's findings and recommendation are correct. Accordingly, the court ADOPTS Judge Hawthorn's report and recommendation (Dkt. #46). It is

ORDERED that Defendant's *Pro Se Motion to Amend Judgment to Correct Clerical Error Pursuant to Rule of Criminal Procedure* 36 (Dkt. #43), which the court construes as a *Pro Se Motion for Judgment Nunc Pro Tunc*, is DENIED for the reasons stated in Judge Hawthorn's report.

SIGNED at Beaumont, Texas, this 26th day of June, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE